# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEFFREY BERGER,** | : | CIVIL ACTION NO. 1:17-CV-1836 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **BELL-MARK TECHNOLOGIES CORPORATION,** | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 1st day of February, 2019, upon consideration of the parties' joint status report (Doc. 15) filed January 31, 2019, requesting 14 days to submit a request for approval of the parties' settlement and dismissal of the complaint, it is hereby ORDERED that the parties' request is GRANTED and the parties shall jointly file any request for approval of the settlement and dismissal of the complaint on or before **Friday, February 15, 2019**.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania