# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEFFREY BERGER**, individually and on behalf of all others similarly situated, | : : : | **CIVIL ACTION NO. 1:17-CV-1836** |
| | : | **(Chief Judge Conner)** |
| **Plaintiff** | : : | |
| v. | : : | |
| **BELL-MARK TECHNOLOGIES CORPORATION,** | : : : | |
| **Defendant** | : : | |

## ORDER

AND NOW, this 30th day of April, 2019, upon consideration of the parties' joint motion (Doc. 17) for approval of settlement, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 17) is GRANTED in part and DENIED in part consistent with the court's memorandum and the following paragraphs.

2. The parties are directed to craft a more narrowly tailored release provision which limits the scope of the release to cover only claims that both (1) fall within the ambit of the Fair Labor Standards Act and appropriate state law counterparts and (2) which arise from the alleged facts of the instant litigation.

3. The parties shall file the modified agreement for the court's final review and approval on or before **Friday, May 17, 2019**. The court will construe a failure to so file as an expression of the parties' desire to proceed with litigation.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania